THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Michael Miller, Appellant.
 
 
 

Appeal From Bamberg County
 Reginald I. Lloyd, Circuit Court Judge

Unpublished Opinion No. 2005-UP-272
Submitted April 1, 2005  Filed April 8, 2005

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, of Columbia, for Appellant.
Attorney General Henry D. McMaster, Chief Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Barbara R. Morgan, of Aiken, for Respondent.
 
 
 

PER CURIAM:  Michael Miller was convicted of trafficking in cocaine, greater than 400 grams, and for possession of cocaine with intent to distribute within proximity of a park.  He was sentenced to twenty-five years and a $200,000 fine for trafficking and fifteen years and a $10,000 fine, concurrently, for the proximity charge.  He appeals.  
Pursuant to Anders v. California, 386 U.S. 738 (1967), counsel for Miller attached to the final brief a petition to be relieved as counsel, stating he had reviewed the record and concluded that Millers appeal is without legal merit sufficient to warrant a new trial.  Miller did not file a separate pro se response.  
After thorough review of the record pursuant to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels petition to be relieved.  
 APPEAL DISMISSED.[1]
ANDERSON, BEATTY, and SHORT, JJ., concur.

[1] Because oral argument would not aid the court in resolving the issues on appeal, we decide this case without oral argument pursuant to Rule 215, SCACR.